FILED

04/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0306

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0306

_____

DONALD W. KALTSCHMIDT, JR.,

      Plaintiff and Appellee,

  v.

LARON D. SHANNON,

      Defendant and Appellant,

LARON D. SHANNON,

      Counter-Claimant,

  v.

DONALD W. KALTSCHMIDT, JR; OILFIELD
WARRIORS, LLC; and JOHN DOES 2-10,

      Counter-Defendants and Appellees.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Laron D. Shannon, to all counsel of record, and to the Honorable Robert B Allison, District Judge.

                 For the Court,

                         Electronically signed by:
                            Mike McGrath
            Chief Justice, Montana Supreme Court
                          April 1 2020